IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 13-cv-01302-RBJ | Date: February 24, 2014 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| GERALD WEITZ<br>SANDRA WEITZ<br>    **Plaintiff(s)** | *Ryan K. Haun* |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY<br>    **Defendant(s)** | *Elizabeth K. Potter* |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 10:00 a.m.

Appearance of counsel. Discussion held regarding discovery dispute.

**ORDERED:   [23] Defendant's Motion to Compel Fed.R.Civ.P. 34(a)(2) Testing is
                    GRANTED.**

Parties agree to extend the deadline of rebuttal expert reports.

Court in Recess: 10:06 a.m.   Hearing concluded.   Total time in Court: 00:06