IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01302-RBJ

GERALD WEITZ and SANDRA WEITZ,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice of Defendant American Family Mutual Insurance Company.

The Court has reviewed the Stipulation and ORDERS as follows:

Defendant American Family Mutual Insurance Company is hereby DISMISSED WITH PREJUDICE, each party to pay its own costs and fees.

DATED this 23rd day of June, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge